In the Matter of the Petition of ROSINA FANARA, Respondent, to Register the Title to Certain Lands. DE BUR REALTY CO., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.